## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **OSORIO HERNANDEZ,** | § | |
| | § | |
| *Petitioner,* | § | |
| **v.** | § | |
| | § | |
| | § | |
| **MARY DE ANDA-YBARRA**, *Field Office* | § | |
| *Director of Enforcement and Removal* | § | |
| *Operations, El Paso Field Office*; | § | |
| **TODD LYONS,** *Acting Director,* | § | |
| *Immigration Customs and Enforcement*; | § | **EP-25-CV-00580-DCG** |
| **KRISTI NOEM,** *Secretary of Homeland* | § | |
| *Security*; | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY;** | § | |
| **PAMELA BONDI**, *U.S. Attorney General*; | § | |
| **ACQUISITION LOGISTICS LLC; and** | § | |
| **WARDEN OF EL PASO CAMP EAST** | § | |
| **MONTANA,** | § | |
| | § | |
| *Respondents*. | § | |

### ORDER REQUIRING SUPPLEMENTAL STATUS REPORT

On December 29, 2025, the Court partially granted Petitioner Miguel Angel Osorio

Hernandez's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take

the following actions by December 30, 2025:

1. release Petitioner from custody; and

2. notify the Court whether they had released Petitioner from custody.[1]

---

[1] *See* Order Partially Grant Pet., ECF No. 7, at 8.

On December 30, 2025, Respondents filed a status report informing the Court that Petitioner "*w[ould] be* released on December 30, 2025."[2]  It is unclear from Respondents' status report, however, whether they actually released Petitioner.[3]

The Court therefore **ORDERS** that, **on or before January 9, 2026**, Respondents shall **NOTIFY** the Court whether they have released Petitioner from custody.

**So ORDERED and SIGNED this 5th day of January 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[2] *See* Resp'ts' Status Report, ECF No. 8 (emphasis added).

[3] *See id.*